IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01860-AP

AURORA MARQUEZ,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE (REVISED)**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| Rick P. Sauer<br>700 Macon Avenue<br>Canon City, CO 81212<br>719-275-7591<br>rps@bresnan.net<br>ricksauer@msn.com<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act,
42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    A.   Date Complaint Was Filed:   9/19/06
    B.   Date Complaint Was Served on U.S. Attorney's Office: 5/25/07
    C.   Date Answer and Administrative Record Were Filed:   8/23/07

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Counsel for Plaintiff states that there are no issues with the accuracy or completeness of the administrative record.

To the best of her knowledge, Counsel for Defendant states that the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Counsel for Plaintiff states:**   This case does not involve unusual claims or defenses.
**Counsel for Defendant states:**   To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.   OTHER MATTERS**

**Counsel for Plaintiff states:**   None.
**Counsel for Defendant states:**   This case was recently reassigned to the undersigned attorney, who has reviewed the record and requested clarification from her client about the status of this case and the possibility of seeking a voluntary remand.  She expects a response within 10-14 working days, and has informed opposing counsel that she will keep him advised as the briefing schedule progresses.

**8.   PROPOSED BRIEFING SCHEDULE**

Because of workload and other matters (stated above), counsel for both parties request the following briefing schedule:

    A.   **Plaintiff's Opening Brief Due:**     10/26/07
    B.   **Defendant's  Response Brief Due:**  11/26/07
    C.   **Plaintiff's  Reply Brief Due:**         12/11/07

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement:**.   Oral argument NOT requested.
      B.    **Defendant's Statement:**  Oral argument NOT requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
      B.    **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this <u>17</u>[th] day of September, 2007.

                              BY THE COURT:

                              *<u>S/John L. Kane</u>*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Rick P. Sauer 9/14/07<br><br>Rick P. Sauer<br>700 Macon Avenue<br>Canon City, CO 81212<br>719-275-7591<br>rps@bresnan.net<br>Ricksauer@msn.com<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By:  s/Debra J. Meachum 9/14/07<br>     Debra J. Meachum<br>     Special Assistant U.S. Attorney<br>     1961 Stout Street, Suite 1001A<br>     Denver, Colorado  80294<br>     Telephone:  (303) 844-1570<br>     debra.meachum@ssa.gov<br>     Attorneys for Defendant. |