IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1860-AP**

**AURORA MARQUEZ,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  Defendant's Unopposed Motion for Remand (doc. #18), filed November 8, 2007, is GRANTED.

  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

  Dated:  November 13, 2007.

          BY THE COURT:

          *S/John L. Kane*
          JOHN L. KANE, SENIOR JUDGE
          UNITED STATES DISTRICT COURT